**Order entered May 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01611-CR

### JAY SANDON COOPER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 005-87752-09**

## ORDER

The Court **REINSTATES** the appeal.

On January 23, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent and is representing himself on appeal; (3) appellant designated the reporter's record on April 29, 2014; (4) appellant was scheduled to pay for the reporter's record within ten days of April 29, 2014; and (5) the reporter's record can be filed within thirty days of payment.

We **ORDER** Marigay Black, official court reporter of the County Court at Law No. 2, to file, within **FORTY-FIVE DAYS** of the date of this order, either the reporter's record or written verification that appellant did not pay for the record. *We notify appellant that if we receive*

*verification of non-payment, we will order the appeal submitted without the reporter's record*. *See* TEX. R. APP. P. 37.3(c)(2).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Marigay Black, official court reporter, County Court at Law No. 2; Jay Sandon Cooper; and the Collin County District Attorney's Office.

/s/     DAVID EVANS
        JUSTICE